fornia denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 1366. McDonald *v.* Hunter, Warden. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Howard F. McCue* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1389. Lustig *v.* United States. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Louis Halle* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1397. Fouts et al. *v.* Ohio. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Wm. Scott Stewart* for petitioners.

No. 1406. Thompson *v.* Johnston, Warden. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 1407. Hamby *v.* Illinois. Petition for writ of certiorari to the Supreme Court of Illinois;

854

No. 1408. FICARROTTA *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1409. HESLY *v.* RAGEN, WARDEN; and

No. 1410. TAYLOR *v.* ILLINOIS. Petitions for writs of certiorari to the Supreme Court of Illinois; and

No. 1411. MACHUL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois. June 16, 1947. Denied.

No. 1412. RUSNAK *v.* RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1413. QUINN *v.* RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1416. EGAN *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1424. MOORE *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Madison County, Illinois;

No. 1425. TENNEY *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 1426. BARONIA *v.* ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois. June 16, 1947. Denied.